November 20, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

GIJOY TECHNOLOGY, INC. AND GILBERT CRUZ, Appellants

NO. 14-14-00597-CV                    V.

JAMES WASHINGTON &  PRENTICE AND  HELEN SLAUGHTER, Appellees

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on May 1, 2014. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellants, Gijoy Technology, Inc. and Gilbert Cruz.

We further order this decision certified below for observance.